# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Bradley Schwab
Gieger, Laborde & Laperouse
701 Poydras St., #4800
New Orleans LA 70139

Kenneth Hugh Laborde
Gieger, Laborde & Laperouse
701 Poydras, Ste 4800
New Orleans LA 70139-4800

## REHEARING ACTION: May 24, 2017

**Docket Number: 16   00690-CA**

**ROTORCRAFT LEASING, LLC, ET AL.**
**VERSUS**
**H.E.R.O.S., INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20115309**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the "application for panel rehearing and, in the alternative, for en banc rehearing" filed by **Devalan, Inc.** has this day been

**DENIED.**

cc: John R. Walker, Counsel for the Appellant
    John Michael Dubreuil, Counsel for the Appellee